UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DAVID ALFRED ROWELL,

    Plaintiff,

v.

RYAN SWIMBURNSON, ANITA PETRA, CARRIE RUNGE and ERIC HSU,

    Defendants.

NO: 4:19-CV-5080-TOR

ORDER OF DISMISSAL WITHOUT PREJUDICE

On April 22, 2019, Plaintiff filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 while incarcerated at the Benton County Jail. He is now incarcerated at the Washington Corrections Center at Shelton, Washington.

Plaintiff sought leave to proceed *in forma pauperis.* ECF No. 2. Plaintiff, however, did not comply with 28 U.S.C. § 1915(a)(2), which requires a prisoner seeking to bring a civil action without prepayment of the filing fee to submit a certified copy of his trust fund account statement (or institutional equivalent) for the **six months** immediately preceding the filing of the complaint. Although Plaintiff had been incarcerated at the Benton County Jail since September 20, 2018, *see* ECF

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

No. 1 at 7, he did not supply a statement of his inmate account for the six-month period preceding April 22, 2019.

By letter dated April 22, 2019, the Clerk of Court advised Plaintiff of this deficiency and asked him to remedy it. He did not do so. Instead, Plaintiff submitted a second application to proceed *in forma pauperis* on May 8, 2019, ECF No. 7, and various motions on May 20 and 30, 2019, ECF Nos. 9-11.

On June 17, 2019, this Court ordered Plaintiff to submit a certified copy of his six-month inmate trust account statement (or institutional equivalent) for the period immediately preceding April 22, 2019, from the Benton County Jail, within **21 days** of the date of this Order. In the alternative, Plaintiff was advised that he could pay the full $400.00 filing fee. Plaintiff was advised that his failure to do so would result in the dismissal of this case. Plaintiff has neither paid the filing fee nor supplied the six-month inmate trust account statement (or institutional equivalent) by the due date, July 8, 2019.

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED** without prejudice for failure to comply with the filing fee or in forma pauperis requirements of 28 U.S.C. §§ 1914 and 1915.
2. All pending motions are DENIED as moot.

//

//

3. The Court certifies any appeal of this dismissal would not be taken in good faith.

The Clerk of Court is directed to enter this Order, enter judgment, forward a copy to Plaintiff and **close** the file.

**DATED** June 17, 2019.



THOMAS O. RICE
Chief United States District Judge